IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01656-REB-MEH

ROGER BAXTER, and
DEBRA BAXTER,

      Plaintiffs,

v.

JAMES A. PINKSTON, and
UNITED WAREHOUSE COMPANY, a Kansas corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2007.**

      The Plaintiff's Unopposed Motion to Amend the Complaint and Jury Demand to Include an Additional Party and Claim for Relief and to Amend the Caption [filed September 7, 2007; doc #7] is hereby **granted**. The Clerk of the Court is directed to amend the caption to include Debra Baxter as a plaintiff in this matter, and to file the Amended Complaint designated as docket #7-3. Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).