IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01656-REB-MEH

ROGER BAXTER, and
DEBRA BAXTER,

    Plaintiffs,

v.

JAMES A. PINKSTON, and
UNITED WAREHOUSE COMPANY, a Kansas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2007.**

    The Unopposed Motion to Intervene filed by Pinnacol Assurance [filed September 21, 2007; doc #12] is **denied without prejudice** for failing to comply with Fed. R. Civ. P. 24(c), which states, in pertinent part, "[t]he motion shall state the grounds therefor and shall be accompanied by a pleading setting forth the claim or defense for which intervention is sought." Pinnacol may re-file its Motion accompanied by the appropriate pleading, in accordance with Fed. R. Civ. P. 24(c) and other applicable rules.