IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01656-REB-MEH

ROGER BAXTER, and
DEBRA BAXTER,

    Plaintiffs,

v.

JAMES A. PINKSTON, and
UNITED WAREHOUSE COMPANY, a Kansas corporation,

    Defendants,

v.

PINNACOL ASSURANCE,

    Plaintiff-Intervenor.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 27, 2007.**

    The second Unopposed Motion to Intervene filed by Pinnacol Assurance [filed September 26, 2007; doc #15] is **granted**.  The Clerk of the Court is directed to accept for filing the Complaint in Intervention found at docket #15-2.  Defendants shall respond to the Complaint within ten days after its filing.