IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01656-REB-MEH

ROGER BAXTER, and
DEBRA BAXTER,

    Plaintiffs,

and

PINNACOL ASSURANCE,

    Plaintiff-Intervenor,

v.

JAMES A. PINKSTON, and
UNITED WAREHOUSE COMPANY, a Kansas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2008.**

    The Joint Motion to "Strike" Settlement Conference [filed March 31, 2008, 2007; doc #30] is **granted**. The parties shall submit to this Chambers a joint status report regarding settlement on or before June 30, 2008.