IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01656-REB-MEH

ROGER BAXTER and
DEBRA BAXTER,

    Plaintiffs,

and

PINNACOL ASSURANCE,

    Plaintiff-Intervenor,

v.

JAMES A. PINKSTON, and
UNITED WAREHOUSE COMPANY, a Kansas corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation For Dismissal with Prejudice** [#57] filed October 31, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal with Prejudice** [#57] filed October 31, 2008, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 31, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**